# PD-1416-15

10/23/2015

FILED IN
COURT OF CRIMINAL APPEALS

NOV 05 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

Abel Acosta, Clerk

COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRECTIONARY REVIEW / SUSPENSION OF THE RULES PURSUANT TO 9.3(b) T.R.A.P.

COMES NOW, MICHAEL ANTHONY BISOR, PRO SE APPELLANT AND REQUEST THAT MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRECTIONARY REVIEW IN COURT OF APPEALS NO. 01-14-00836-CR TO THIS COURT AND FURTHER REQUEST SUSPENSION OF THE RULES PURSUANT TO 9.3(b) T.R.A.P.

APPELLANT CHALLENGES THE RULING OF THE FIRST COURT OF APPEALS HOLDING THAT NO ARGUABLE GROUNDS FOR APPEAL EXIST. SEE BLEDSOE V. STATE, 178 S.W. 3d 824, 826-27 (TEX. CRIM. APP. 2005)

WHEREFORE PREMISES CONSIDERED APPELLANT PRAYS THIS COURT GRANT EXTENSION OF TIME AND SUSPENSION OF THE RULES.

RESPECTFULLY, Michael Bisor

C.C. FILE

MICHAEL ANTHONY BISOR #1957272
POLUNSKY UNIT
3872 F.M. 350 SOUTH
LIVINGSTON, TEXAS 77351